# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Jayson Jerrold Currie**  
    Debtor

Case No.:   13–41831–EJC  
Judge:   Edward J. Coleman III  

Chapter:   7

## NOTICE OF TIME TO OBJECT TO DISCHARGE

    Pursuant to 11 U.S.C. §§ 727(a)(12) and 1328(h), notice is hereby given that it appears to the Court that the above−named Debtor(s) is/are entitled to a discharge. Unless a party submits an objection based upon 11 U.S.C. §522(q) within thirty (30) days of the date hereof, a discharge will be entered in this case. If no objection is timely filed, a discharge will be entered within fourteen (14) days of the deadline. If an objection is filed, a hearing will be set.

*Lucinda B. Rauback, CLERK*  
United States Bankruptcy Court  
PO Box 8347  
Savannah, GA 31412

Dated **March 13, 2014**

*GASB−66 (rev 07/12)* **LB**